# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KIRK ANTHONY BOWMAN,<br><br>　　　　　Defendant. | 2:03-CR-00015-PMP-PAL<br><br>**ORDER** |

　　　On this date, December 22, 2010, the Court received the attached letter dated December 20, 2010, from Defendant Kirk Anthony Bowman. This letter is self-explanatory.

　　　**IT IS ORDERED that** Plaintiff United States of America shall have 30 days from the date of this Order to file a response thereto.

　　　**IT IS FURTHER ORDERED that** the Clerk of Court shall send a copy of this Order to Defendant Kirk Bowman, at Federal Correctional Institution, Reg # 37564-048, P.O. Box 5300, Adelanto, CA 92301.

DATED: December 22, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　United States District Judge

December 20th, 2010

Kirk Bowman

Reg No. 37564-048

U.S.P., Victorville

P.O. Box 5300

Adelanto, CA 92301



RECEIVED
CHAMBERS OF

DEC 2 2 2010

PHILIP M. PRO
U.S DISTRICT JUDGE

IN RE: UNITED STATES V. BOWMAN, Case No. 2:03:cr00015.

Dear Honorable Judge Pro,

On May 28th, 2010, I was arrested by Nevada State authorities in State of Nevada v. Kirk Anthony Bowman, Case No. C26448X. At the time of my arrest I was on federal probation and as a result of my arrest a federal detainer was placed on me on or around the day of my arrest. As I tired to bail-out not long after my arrest, I knew this to be true.

On November 4th, 2010, The State Court Judge Vega sentenced me to 12-34 months to run concurrent with the 24 months violation time that I received in your court with 130 days credit prior jail time. I've just been made aware of the fact that the B.O.P. is only giving me 27 days prior jail credit and I am writing to ask that I be alloted the full 130 days credit by the B.O.P. as I have a sister who is having hardship due to being totally disabled. I was her sole care provider as well as being the one to pay most of all household bills. I humbly ask your Honor to review my case and request and awarded the time requested. Thank you for your time in this matter.

Respectfully, Mr. Kirk Bowman