UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KIRK ANTHONY BOWMAN, ) <br> ) <br> Defendant. ) | 2:03-CR-00015-PMP-PAL <br><br> **ORDER** |

On this date, December 22, 2010, the Court entered an Order (Doc. #55) directing that Plaintiff United States file a response to Defendant Bowman's letter/motion seeking credit against a criminal sentence imposed for time he had served in pre-trial detention.

Plaintiff United States failed to comply with this Court's Order (Doc. #55) and on February 28, 2011, Defendant Bowman filed a Request/Motion for Default Judgment on the issue (Doc. # 56 & #57). On March 1, 2011, Plaintiff United States filed a Response (Doc. #58) explaining that the Government's failure to comply with this Court's Order (Doc. #55) was "due to an internal miscommunication to the extent a conflicting information as to which attorney was assigned to the case." Defendant Bowman filed a Reply Memorandum (Doc. #59) on March 18, 2011.

The Court does not find the Government's failure to timely respond to be a justification for granting by default relief to which this Court lacks jurisdiction to consider. As noted in the Government's Response (Doc. #58). As the Government

correctly observes in its response, to the extent he is entitled to do so, Defendant must seek the relief he requests by appropriate motion under 28 U.S.C. §2241 in the district where he is currently incarcerated.

**IT IS THEREFORE ORDERED that** Defendant Bowman's Motion for Entry of Default (Doc. #56 & #57) is **DENIED**.

DATED: March 21, 2011.

PHILIP M. PRO
United States District Judge