# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIRK ANTHONY BOWMAN,<br><br>Defendant. | Case No. 2:03-cr-00015-APG-PAL<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO TERMINATE ANY FURTHER COLLECTION OF RESTITUTION**<br><br>**(ECF. No. 61)** |

Defendant Kirk Anthony Bowman has filed a motion to terminate any further collection of restitution. ECF No. 61. The United States shall file a response to the motion, if it has any, no later than March 16, 2018. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 6th day of March, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE