UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:03-CR-015-APG-PAL |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KIRK ANTHONY BOWMAN | ) |
| | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#28), sentencing held on December 22, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF THE WEST
Amount of Restitution: $3,430.00

**Total Amount of Restitution ordered: $3,430.00**

Dated this _____3rd_____ day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE